**6**

■

155 A.3d 892

**BETSKOFF**

v.

**FUND VII OM BALTIMORE**

**Pet. Docket No. 472, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

(No. 03–C–16–006773, Circuit Court for Baltimore County). Petition for writ of certiorari denied

■

155 A.3d 892

**BOUDREAUX**

v.

**MICROS SYSTEMS**

**Pet. Docket No. 550, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 1029, Sept. Term, 2015).

Petition for writ of certiorari denied